Hall, Judge.
 

 From the two acts of Assembly red ted in the case of the
 
 State
 
 v.
 
 Isaac, decided
 
 at this term,
 
 (vide
 
 the last case) the Defendant
 
 Jones,
 
 the owner of the slave, is liable for the costs of prosecution against him, because if the slave had been a free man, his estate would be liable.
 

 With respect to the fee of
 
 £5
 
 for executing
 
 Charles,
 
 if. is included I think in the costs of prosecution. In the act of 1797
 
 {Rev. ch.
 
 484,) amongst other fees to which the Sheriff is entitled for apprehending and carrying cri mináis to jail, ten shillings is allowed for carrying any sentence or decree of the Court into execution, where the
 
 *49
 
 convict is tobe corporally punished, and
 
 £5
 
 for the cxe-cution and decent burial of any one.
 

 Dec. 1828.
 

 r-,
 
 , ... , r ,, , . By the same act, provision is made for the payment of sucli fees by the State, provided they cannot he got out of the estate, or body of the prisoner. But it declai’es that no such claim shall be allowed, until a
 
 fieri facias
 
 shall have issued to the County in which the prisoner may be supposed to have owned property, and the Sheriffs return thereon, that nothing was to be found, nor until a
 
 capias ad satisfaciendum
 
 shall have issued, and if it was executed upon the body of the criminal, not until he discharged himself by taking the oath of insolvency. From this act it appears that the estate of the slave would be liable in case he was a free man, it fol lows of course that his owner is so.
 

 Per Curiam: — Let the judgment be affirmed.